# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PUGET SOUND ELECTRICAL
WORKERS HEALTHCARE TRUST, *et al.*,

    Plaintiffs/Judgment Creditors,

v.

SHAMP ELECTRICAL CONTRACTING, INC.,

    Defendant/Judgment Debtor,

FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION,

    Garnishee.

NO. MC18-0074RSL

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE ANSWER

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Puget Sound Electrical Workers Healthcare Trust, *et al*. |
| Judgment Debtor: | Shamp Electrical Contracting, Inc. |
| Garnishee Defendant: | First Federal Savings and Loan Association |
| Garnishment Judgment Amount: | $4,720.56 |
| Fees and Costs Judgment Amount: | $    383.00 |
| Attorney for Judgment Creditor: | Jeffrey G. Maxwell |
| | McKenzie Rothwell Barlow & Coughran, P.S. |

IT APPEARING that Judgment Creditor has a judgment unsatisfied against Judgment Debtor Shamp Electrical Contracting, Inc., in the nonexempt amount of $220,083.99; that Judgment Creditor has requested recovery of costs or attorney fees of $383.00 in this garnishment action; that Garnishee holds funds of the Judgment Debtor in the sum of $4,720.56; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee's answer thereto; and that the Writ of Garnishment and Application for Writ of Garnishment including a copy of the underlying judgment were served upon the Judgment Debtor by certified mail; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Clerk of Court shall enter judgment in favor of Plaintiff/ Judgment Creditor and against Garnishee in the amount of $4,720.56; and it is further

ORDERED, ADJUDGED, AND DECREED that Garnishee shall pay its judgment amount to the Registry of the Court, and, upon such payment, the Clerk of the Court shall enter full satisfaction of judgment against the Garnishee and shall draw a check on the funds on deposit in the principal amount of $4,720.56, plus all accrued interest, minus any statutory user fees, payable to Judgment Creditor, c/o McKenzie Rothwell Barlow & Coughran, P.S., 1325 Fourth Avenue, Suite 910, Seattle, WA 98101, and mail or deliver the check to McKenzie Rothwell Barlow & Coughran, P.S., ATTN: Jeffrey G. Maxwell; and it is further

ORDERED, ADJUDGED, AND DECREED that Judgment Creditor shall have judgment against the Judgment Debtor for attorneys' fees and costs in this garnishment action in the sum of $383.00; said sum shall be added to Judgment Creditor's prior judgment against Judgment Debtor.

ORDERED, ADJUDGED, AND DECREED that, upon receipt of said payment, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant/Judgment Debtor.

Dated this 19th day of September, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
Unites States District Judge